UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MANNY CHONG, THANE GALLO, and ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) | **Case No. 1:20-cv-10844-RGS** |
| Plaintiffs, | ) ) ) |  |
| v. | ) ) |  |
| NORTHEASTERN UNIVERSITY, | ) ) |  |
| Defendant. | ) ) |  |
| MANISHA BAHRANI and DUNCAN LEGGET, individually and on behalf of all others similarly situated, | ) ) ) ) ) | **Case No. 1:20-cv-10946-RGS** |
| Plaintiff, | ) ) ) |  |
| v. | ) ) |  |
| NORTHEASTERN UNIVERSITY, | ) ) |  |
| Defendant. | ) ) ) |  |

**UNOPPOSED MOTION TO EXTEND THE TIME FOR
<u>AMENDMENT OF PLEADINGS</u>**

Plaintiffs Manny Chong, Thane Gallo, Manisha Bahrani and Duncan Legett ("Plaintiffs") in the two above-captioned actions, by and through their undersigned counsel of record, move for an extension of the deadline for amendment of the pleadings to March 22, 2021.  In support of this Motion, Plaintiffs respectfully submit the following:

1.      This Court's December 30, 2020 Scheduling Order in the above-captioned *Bahrani* action [ECF No. 63] provided that "All amendments to the pleadings and/or joinder of additional parties shall be completed by 3/8/21,"  and the Court's December 14, 2020 Scheduling Order in the above-captioned *Chong*  action set the same deadline for amendments to the pleadings.

2.      Plaintiffs' counsel have worked diligently to resolve differences in case strategy and through those discussions, Plaintiffs have reached agreement on how to move the case forward. As part of that effort, Plaintiffs intend to file a consolidated amended complaint on behalf of all Plaintiffs in both cases, which will make the administration and prosecution of this litigation more efficient.

3.      The process of preparing the consolidated complaint has commenced, but Plaintiffs need this short two-week extension in order to complete it.  The additional time is needed due to the process of consolidating two different complaints with somewhat different approaches and theories, obtaining final approval for the complaint from several counsel in the two separately filed and differently plead cases, and obtaining approval from the four plaintiffs, with an opportunity for each to review the amended pleading.

4.      Defendant does not oppose the relief sought by this Motion so long as Plaintiffs take the position that the filing of Plaintiffs' intended consolidated complaint has no effect on the

merits or the timing of the decision of Northeastern's pending motion for summary judgment. Plaintiffs agree to take such a position and thus this Motion is unopposed.

WHEREFORE, Plaintiffs respectfully request an extension of the deadline for amendment of the pleadings through and including March 22, 2021.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Undersigned counsel certify that they have conferred with counsel for Defendant in a good faith effort to resolve or narrow the issues raised by this Motion with the following result: Defendant does not oppose this motion so long as Plaintiffs take the position that the filing of Plaintiffs' intended consolidated complaint has no effect on the merits or the timing of the decision of Northeastern's pending motion for summary judgment. Plaintiffs agree to take such a position and thus this Motion is unopposed.

Dated:   March 8, 2021                               Respectfully submitted,

**PASTOR LAW OFFICE, LLP**

/s/ David Pastor
David Pastor (BBO #391000)
63 Atlantic Avenue, 3d Floor
Boston, MA 02110
Telephone: (617) 742-9700
Facsimile: (617) 742-9701
Email: dpastor@pastorlawoffice.com

**BURSOR & FISHER, P.A.**
Frederick J. Klorczyk III (admitted *pro hac vice*)
Alec M. Leslie (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: fklorczyk@bursor.com
          aleslie@bursor.com

**BERGER & MONTAGUE, P.C.**
Shannon J. Carson (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Email: scarson@bm.net
         pmadden@bm.net

**BERGER & MONTAGUE, P.C**
E. Michelle Drake (admitted *pro hac vice*)
Joseph C. Hashmall (admitted *pro hac vice*)
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
Email: emdrake@bm.net
         jhashmall@bm.net

**LICHTEN & LISS-RIORDAN, P.C.**
Harold L. Lichten (BBO # 549689)
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Email: hlichten@llrlaw.com

*Attorneys for Plaintiffs Manisha Bahrani and Duncan Legget*

**MASON LIETZ & KLINGEDR**
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone:  773-545-9607
Email:  gklinger@masonllp.com

**MASON LIETZ & KLINGEDR**
Gary E. Mason
5101 Wisconsin Avenue NW
Suite 305
Washington, DC 20016
Telephone:  202- 429-2290
Email: gmason@masonllp.com

4

W. Clifton Holmes
The Holmes Law Group, Ltd.
350 N. Orleans Street, Suite 9000N
Chicago, IL 60654
Telephone:  (312) 721-0779
Email: holmes@theholmeslawgroup.com


Douglas F. Hartman
Hartman Law, PC
Suite 800 South
10 Post Office Square
Suite 800 South
Boston, MA 02109
Telephone:  617-807-0091
Fax: 617-507-8334
Email: dhartman@hartmanlawpc.com

***Attorneys for Plaintiffs Manny Chong and Thane Gallo***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

and paper copies will be sent to those indicated as non-registered participants on March 8, 2021.


/s/ David Pastor
David Pastor