UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Manisha Bahrani, Duncan Legget, and
all others similarly situated

      Plaintiffs

      v.                         CIVIL ACTION 1:20-10946-RGS

Northeastern University

      Defendant

JUDGMENT

STEARNS, D.J.

In accordance with the court's Memorandum and Order issued on May 10, 2021, granting defendant's Motion for Summary Judgment, it is hereby ORDERED:

Judgment entered for Northeastern University.

                                      By the court,

May 10, 2021                           /s/ Arnold Pacho
Date                                        Deputy Clerk